**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| TD BANK, N.A., | : No. 102 MAL 2015 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| BURTON2ASSOCIATES, LLC AND | : |
| BUCKS COUNTY INDUSTRIAL | : |
| DEVELOPMENT AUTHORITY, | : |
| Respondents | : |
| | |
| TD BANK, N.A., | : No. 103 MAL 2015 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| BURTON2ASSOCIATES, LLC AND | : |
| BUCKS COUNTY INDUSTRIAL | : |
| DEVELOPMENT AUTHORITY, | : |
| Respondents | : |
| | |
| TD BANK, N.A., | : No. 104 MAL 2015 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| BURTON2ASSOCIATES, LLC AND | : |
| BUCKS COUNTY INDUSTRIAL | : |
| DEVELOPMENT AUTHORITY, | : |

Respondents          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 11th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.